IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U.S COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br>  v.<br><br>DINAR, CORP., INC.;<br>MY MONEX, INC., a Nevada Corporation; and<br>HUSAM TAYEH,<br><br>        Defendants,<br><br>THEODORE S. HUDSON, II; and<br>MY MONEX, INC., an Alabama Corporation,<br><br>        Relief Defendants. | CIVIL ACTION NO.: 1:15-cv-538 ALB |

**UNOPPOSED MOTION TO ENTER EXHIBITS UNDER SEAL AND FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiff U.S. Commodity Futures Trading Commission ("Plaintiff" or the "Commission"), by and through counsel, and pursuant to the Federal Rules of Civil Procedure, the Local Rules for the U.S. District Court for the Middle District of Alabama ("Local Rules"), and the Scheduling Order issued by this Court, hereby moves this Court for an Order allowing the entry of certain documents under seal as one unified exhibit, and modify Section 10 of this Court's Scheduling Order, and in support thereof, states as follows:

1. The Commission seeks to proffer into evidence approximately 150,000 documents comprising all of the customer orders for both cash and financed transactions that were contained within the 82 boxes of records surrendered by the Defendants to the Commission, pursuant to this Court's Order requiring the Defendants to make their business

1

records available to the Commission for inspection and copying.  *See* Restraining Order, Docket Entry ("D.E.") 8.

2. Each of these customer orders contain personal data identifiers as defined by Local Rule 5.2, such as social security numbers, dates of birth and/or addresses of individual customers, which would have to be redacted from each document.  Even if such data was redacted pursuant to Local Rule 5.2, the name of each customer would still be made a part of the official record.

3. Pursuant to Section 10 of this Court's Scheduling Order (D.E. 181), "general or bulk designations are not allowed."

4. In order to preserve the privacy of each customer, and ease the burden of producing all known customer orders for both cash and financed transactions, the Commission hereby moves this Court for an order allowing the introduction of said records under seal, as two exhibits: one for cash order and one for financed orders.

5. In order to reduce the burden to the parties and the Court, the Commission proposes producing such records in a supplement to the Witness and Exhibit Designation that has already been lodged with this Court and counsel for the Defendants.  The Commission will produce said records on separate thumb drive(s) to both the Court and counsel for the Defendants, so that the records that are to be placed under seal can be readily segregated from those records not under seal.  At the trial of this matter, the Commission will produce a summary of said documents, pursuant to Federal Rule of Evidence 1006, detailing the nature, number, and total value of said orders.

6. The undersigned has communicated with counsel for the Defendants concerning the relief requested herein.  Counsel for the Defendants has advised the undersigned that he does

not oppose the relief requested herein.  The undersigned notes that by not opposing the relief requested herein, counsel for the Defendants does not wavie any underlying objection(s) the Defendants may have to the proffered documents.

    WHEREFORE, Plaintiff U.S. Commodity Futures Trading Commission moves this Honorable Court for the entry of an Order granting the relief requested herein, and for any further and additional relief as this Court deems just and appropriate.

Dated: July 11, 2019                              Respectfully Submitted,
                                                  U.S. Commodity Futures Trading Commission

                                                  /s/ Timothy J. Mulreany
                                                  Timothy J. Mulreany
                                                  Maryland Bar No.: 8812160123
                                                  Attorney for the Plaintiff
                                                  U.S. Commodity Futures Trading Commission
                                                  Three Lafayette Center
                                                  1155 21st Street, NW
                                                  Washington, DC 20581
                                                  (202) 418-5306; tmulreany@cftc.gov
                                                  (202) 418-5124 (facsimile)

## **CERTIFICATE OF SERVICE**

I do hereby certify that on July 11, 2019, the foregoing U.S. COMMODITY FUTURES TRADING COMMISSION'S MOTION TO ENTER EXHIBITS UNDER SEAL AND FOR MODIFICATION OF SCHEDULING ORDER was filed electronically with the Clerk of this Court using the CM/ECF system, to be served upon the following persons via CM/ECF, electronic mail and/or UPS Overnight Mail:

Forrest Latta
James Andrew Hoover
Burr & Forman LLP
420 North Twentieth Street; Suite 3400
Birmingham, AL 35203
Counsel for Defendants

A. Jeff Ifrah
Ifrah Law
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, D.C. 20006
Counsel for Defendants

Dustin Fowler
Stephen Etheredge
Buntin, Etheredge & Fowler, LLC
P. O. Box 1193
Dothan, AL 36302
Counsel for Relief Defendant Hudson

I further certify that a copy of the foregoing was served on the below-named Relief Defendant on July 11, 2019, via UPS over-night delivery:

My Monex, Inc., an Alabama corporation
c/o Theodore S. Hudson, II
303 Whatley Drive
Dothan, Alabama 36303

                                             /s/ Timothy J. Mulreany
                                             Timothy J. Mulreany